IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| KLUMBA.UA, LLC | |
| *Plaintiff,* | |
| v. | CASE NO. 1:15-cv-00760 |
| DMYTRO DUBYNA | |
| and | |
| KLUMBA.COM LTD | |
| *Defendants.* | |

## ORDER

This matter, having come before the Court on the Motion of Plaintiff Klumba.UA, LLC, for Alternative Service of Process, and the Court having reviewed the papers submitted by Plaintiff and for good cause shown, hereby ORDERS that Plaintiff's Motion for Alternative Service of Process is GRANTED.

**ORDERED:**

The following notice plan will satisfy the second requirement of 15 U.S.C. § 1125(d)(2)(B) and (A)(ii) to "publish notice of the action.":

    a. Publishing notice in the Washington Post for five (5) consecutive days; and

    b. Providing any interested party twenty-one (21) calendar days from the last day of published notice to file notice of their interest or an appearance in this matter with this Court.

**SO ORDERED.**

DATE: 7/29/15

/s/
Michael S. Nachmanoff
United States Magistrate Judge

Honorable:

United States ~~District~~ Judge
Magistrate