Date: 12/11/15            Judge: Michael S. Nachmanoff
                                                 Reporter: FTR

Start: 10:04
Finish: 10:07

Civil Action Number: 1:15cv760

Klumba.UA,LLC

vs.

Dmytro Dubyna, et al

Appearances of Counsel for (X) Pltf ( ) Deft
(X) Matter is uncontested
Motion to/for:

#11 – Plaintiff's Motion for Default Judgment

Argued &
( ) Granted ( ) Denied ( ) Granted in part/Denied in part
(X) Taken Under Advisement ( ) Continued to _____

Amended Complaint to be filed
Domain name to be included.

(X) Report and Recommendation to Follow
( ) Order to Follow