# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## (Alexandria Division)

| | |
|---|---|
| KLUMBA.UA, LLC, *Plaintiff*, v. KLUMBA.COM, a res, *Defendant*. | Case No. 1:15-cv-00760-GBL-MSN |

## NOTICE OF DOMAIN NAME ESCROW

Defendant Klumba.com, by and through its undersigned counsel, respectfully provides this notice to inform the Court that, pursuant to the Court's July 20, 2016 Memorandum Opinion & Order (Doc. # 54), the parties have entered into an escrow agreement dated August 3, 2016 for the domain name Klumba.com to be held in escrow during the pendency of this litigation, with the following escrow agent:

    Greenberg & Lieberman, LLC
    1775 Eye St., NW, Suite 1150
    Washington, D.C. 20006
    (202) 625-7000
    Attn: Stevan Lieberman, Esq.

Dated: August 9, 2016                    Respectfully submitted,

By: /s/ *Eric Y. Wu*
Lora A. Brzezynski, VSB No. 36151
Cass W. Christenson, (of counsel, *pro hac vice* application granted)
Eric Y. Wu, VSB No. 82829
DENTONS US LLP
1900 K Street, NW
Washington, DC  20006
202-496-7500 (phone)
202-496-7756 (fax)
lora.brzezynski@dentons.com
cass.christenson@dentons.com
eric.wu@dentons.com
*Attorneys for Defendants Dmytro Dubyna and klumba.com*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 9th day of August, 2016, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

    Ismail T. Shahtakhtinski (VSB 75409)
    I.S. Law Firm, PLLC
    1199 N. Fairfax Street, Suite 702
    Alexandra, VA  22314
    T: 703.527.1779
    F: 703.778.0369
    ismail@islawfirm.com

    *Counsel for Klumba.UA, LLC*

Dated: August 9, 2016

    By:  /s/ *Eric Y. Wu*
        Lora A. Brzezynski, VSB No. 36151
        Cass W. Christenson, (of counsel, *pro hac vice*
        application forthcoming)
        Eric Y. Wu, VSB No. 82829
        DENTONS US LLP
        1900 K Street, NW
        Washington, DC  20006
        202-496-7500 (phone)
        202-496-7756 (fax)
        lora.brzezynski@dentons.com
        cass.christenson@dentons.com
        eric.wu@dentons.com
        *Attorneys for Defendants Dmytro Dubyna and klumba.com*