**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| **KLUMBA.UA. LLC,**<br><br>                        **Plaintiff,**<br><br>- against –<br><br>**KLUMBA.COM, a res,**<br><br>                        **Defendant.** | **Civil Action No. 1:15-cv-00760-GBL-MSN** |

**CERTIFICATE OF SERVICE**

TO THE CLERK AND ALL PARTIES OF RECORD:

      PLEASE TAKE NOTICE that Defendant Klumba.com, a res ("Defendant"), electronically filed the Declaration of Dmytro Dubyna [DE 64], in support of Defendant's Memorandum in Support of its Motion to Dismiss on July 17, 2017. Service of this filing was made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: July 18, 2017                        Respectfully submitted,

                                                           By Counsel

                                                       By:   /s/   Robert Powers
                                                          Robert Powers, Esq.
                                                          Trevor Pusch, Esq.
                                                          MCCLANAHAN POWERS, PLLC
                                                          8133 Leesburg Pike, Suite 130
                                                          Vienna, VA 22182
                                                          Telephone: (703) 520-1326
                                                          Facsimile: (703) 828-0205
                                                          Email: rpowers@mcplegal.com

tpusch@mcplegal.com
*Counsel for Defendant*

Maria Temkin, Esq.
TEMKIN & ASSOCIATES, LLC
1700 Market Street, Suite 1005
Philadelphia, PA 19103
Telephone: (215) 939-4181
Facsimile:   (215) 914-6975
Email: maria@temkinlegal.com
*Pro Hac Vice Counsel for Defendant (Approved)*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 18, 2017, the foregoing *document* was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ *Robert Powers*
Robert Powers