# ** CIVIL MOTION MINUTES **

Date: 09/01/2017　　　　　　　　　　Before the Honorable: T.S. ELLIS, III

Time: 12:17PM-01:09PM (00:52)　　　Case No.: 1:15-CV-00760-TSE-MSN

Official Court Reporter: Tonia Harris

Courtroom Deputy: Margaret Pham

## KLUMBA.UA,LLC

## v.

## DMYTRO DUBYNA et al

Appearances of Counsel for:

( X ) Plaintiff: Ismail T. Shahtakhtinski
( X ) Defendant: Robert F. Powers & Maria Temkin
(  ) Other:

**Re:**　　Defendant's Motion [61] to Dismiss

Argued and:

(  ) Granted　　　( **X** ) Denied　　　(  ) Granted in part/Denied in part

(  ) Taken Under Advisement　　　(  ) Continued to

(  ) Report and Recommendation to Follow

( **X** ) Order to Follow