INITIAL PRETRIAL CONFERENCE

MAGISTRATE JUDGE: MICHAEL S. NACHMANOFF

CA-1:15-cv-760-TSE-MSN

DATE: 09/20/2017

TIME: 11:15 A.M. TO 11:25 A.M.

APPEARANCES OF COUNSEL FOR:

( ) PLAINTIFF (✓) DEFENDANT ( ) PRO SE PLAINTIFF ( ) PRO SE DEFENDANT

no appearance by plaintiffs counsel.

DISCOVERY PLAN:

(✓) APPROVED ( ) APPROVED IN PART ( ) FILE BY _____

CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE:

( ) YES

( ) CONSENT SIGNED

ADR/SETTLEMENT:

( ) PENDING ( ) WILL DISCUSS ( ) OTHER

(✓) ORDER TO ISSUE

CASE CONTINUED TO _____ FOR 16(B) CONFERENCE

The status of availability for a settlement conference discussed.