**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **KLUMBA.UA. LLC,**<br><br>                               **Plaintiff,**<br>    - against –<br><br>**KLUMBA.COM, a res,**<br><br>                              **Defendant.** | **Civil Action No. 1:15-cv-00760-GBL-MSN** |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that on **October 20, 2017, at 10:00 a.m.**, or as soon thereafter as counsel may be heard, Defendant KLUMBA.COM, a res, by counsel, will bring on for hearing its Motion for Rule 11 Sanctions.

Dated: September 22, 2017           Respectfully submitted,

                                                By Counsel

                                                By:   /s/  Trevor Pusch _____
                                                Trevor Pusch, Esq.
                                                Robert Powers, Esq.
                                                MCCLANAHAN POWERS, PLLC
                                                8133 Leesburg Pike, Suite 130
                                                Vienna, VA 22182
                                                Telephone: (703) 520-1326
                                                Facsimile: (703) 828-0205
                                                Email: tpusch@mcplegal.com
                                                              rpowers@mcplegal.com

                                                *Counsel for Defendant*

> Maria Temkin, Esq.
> TEMKIN & ASSOCIATES, LLC
> 1700 Market Street, Suite 1005
> Philadelphia, PA 19103
> Telephone: (215) 939-4181
> Facsimile: (215) 914-6975
> Email: maria@temkinlegal.com
> *Pro Hac Vice Counsel for Defendant (Approved)*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2017, the foregoing *document* was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

> By: /s/ *Trevor Pusch*
> Trevor Pusch