Date: 10/20/17　　　　　　　　　　　Judge: Michael S. Nachmanoff
　　　　　　　　　　　　　　　　　　Reporter: FTR

Start: 10:00 am
Finish: 10:13

Civil Action Number: 1:15cv760

Klumba.UA, LLC

vs.

Dmytro Dubyna, et al

Appearances of Counsel for (X) Pltf (X) Deft
( ) Matter is uncontested
Motion to/for:

#81 – Defendant's Motion for Rule 11 Sanctions

Argued &
( ) Granted (X) Denied ( ) Granted in part/Denied in part
( ) Taken Under Advisement ( ) Continued to _____

_____
_____
_____
_____
_____
_____

( ) Report and Recommendation to Follow
(X) Order to Follow