IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| KLUMBA.UA, LLC, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>KLUMBA.COM, a res, )<br>)<br>Defendant. )<br>) | Civil No. 1:15-cv-00760-TSE-MSN |

## **ORDER**

This matter comes before the Court on Defendant's Motion for Sanctions (Dkt. No. 81). Having reviewed the pleadings and the record, and for the reasons stated from the bench, it is hereby

ORDERED that the Motion is DENIED.

ENTERED this 20th day of October, 2017.

/s/
Michael S. Nachmanoff
United States Magistrate Judge

Alexandria, Virginia